

FILED
CLERK, U.S. DISTRICT COURT

APR 1 7 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARVIN CAMPOS CERNA,

Defendant.

Case No. 25-MJ-1669

ORDER OF DETENTION

I.

On April 14, 2025, Defendant Marvin Campos Cerna – assisted by a Spanish Language interpreter - made his initial appearance on the criminal complaint filed in this case. Deputy Federal Public Defender Kathryn Rosenfeld was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Christina Lopez. At Defendant's request, a detention hearing was continued to April 17, 2025, and held on that date.

☐   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also

1  considered the reports and recommendations prepared by United States Probation

2  and Pretrial Services, dated April 14, 2025 and April 17, 2025.

3                                    IV.

4      The Court bases its conclusions on the following:

5      As to risk of non-appearance:

6      ☒      family ties outside the United States

7      ☒      No legal status in the United States

8      ☒      lack of bail resources

9      ☒      inconsistent information regarding residence

10     ☒      criminal history includes 2014 convictions for assault with deadly

11  weapon on peace officer and terrorist threats, and numerous law enforcement

12  contacts including for disorderly conduct, battery, and assault.

13     ☒      Defendant is alleged to have entered the United States without

14  permission after being deported in 2019.

15

16     As to danger to the community:

17     ☒      allegations in the complaint; criminal history

18     ☒      mental health history

19     ☒      recent arrest for attempted rape/sodomy

20

21

22

23

24

25

26

27

28

1

V.

2

3         The defendant will be committed to the custody of the Attorney General for

4   confinement in a corrections facility separate, to the extent practicable, from

5   persons awaiting or serving sentences or being held in custody pending appeal.

6   The defendant will be afforded reasonable opportunity for private consultation

7   with counsel.  On order of a Court of the United States or on request of any

8   attorney for the Government, the person in charge of the corrections facility in

9   which defendant is confined will deliver the defendant to a United States Marshal

10  for the purpose of an appearance in connection with a court proceeding.

11  [18 U.S.C. § 3142(i)]

12

13  Dated: April 17, 2025                    _____/s/_____

14                                            ALKA SAGAR
                                             UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28